UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MOREL, an individual,<br><br>                           Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>                         Defendants. | Case No.:  3:21-cv-1806 W (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 10]** |

     Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 10] and **DISMISSES** this case **WITH PREJUDICE**. Each party shall bear their respective attorneys' fees and costs.

     **IT IS SO ORDERED**.

Dated:  April 15, 2022

_____
Hon. Thomas J. Whelan
United States District Judge